OPINION — AG — ** OKLAHOMA WATER RESOURCES BOARD — NON PROFIT ACT — GRANTS ** 82 O.S. 1085.39 [82-1085.39] DOES 'NOT' AUTHORIZE THE OKLAHOMA WATER RESOURCES BOARD TO AWARD A GRANT TO A RURAL WATER DISTRICT CREATED PURSUANT TO THE NON PROFIT CORPORATION ACT, 18 O.S. 851 [18-851] ET SEQ. (NON-PROFIT ACT, WATER STORAGE AND CONTROL FACILITIES, RURAL WATER DISTRICTS, SOLID WATER MANAGEMENT, BOARD OF COUNTY COMMISSIONERS, RURAL SEWER DISTRICTS, SINE QUA NON) CITE: 21 O.S. 344 [21-344], 51 O.S. 6 [51-6] (DUAL OFFICE), 18 O.S. 851 [18-851], 18 O.S. 863 [18-863], 60 O.S. 176 [60-176] (PUBLIC TRUST), 82 O.S. 542 [82-542] 82 O.S. 545 [82-545], 82 O.S. 277.2 [82-277.2], 82 O.S. 277.4 [82-277.4], 82 O.S. 1324.1 [82-1324.1], 82 O.S. 1324.4 [82-1324.4], 82 O.S. 1324.5 [82-1324.5], 82 O.S. 1324.6 [82-1324.6](6), 82 O.S. 1085.32 [82-1085.32](3) 82 O.S. 1085.32 [82-1085.32](D), 82 O.S. 1085.33 [82-1085.33] 82 O.S. 1085.1 [82-1085.1] — 82 O.S. 1085.38 [82-1085.38], 82 O.S. 1085.39 [82-1085.39], OPINION NO. 68-203, OPINION NO. 78-205, OPINION NO. 79-019, OPINION NO. 79-202, OPINION NO. 80-127 (JOHN D. ROTHMAN)